UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA STOGSDILL,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO. 3:17-CV-05180-RSM-JRC<br><br>REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO DISMISS |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261, 271-72 (1976).

Plaintiff has filed a Motion to Dismiss (Dkt. 11) and defendant has filed no objection. *See* Dkt.

The Complaint was filed and the Summons were issued on March 14, 2017. Dkts. 3, 4. Defendant filed the Answer/Administrative Record on May 15, 2017. Dkt. 9. Plaintiff filed her Motion to Dismiss on June 13, 2017. Dkt. 11. The Declaration of Lindsey Craven in Support of

1  Motion to Dismiss verifies that plaintiff Patricia Stogsdill was advised of, and is in agreement
2  with, dismissing this claim.
3  Based on plaintiff's motion and the declaration of counsel, and without objection from
4  defendant, this Court recommends that the District Judge immediately approve this Report and
5  Recommendation and order the case be **dismissed without prejudice.** *See* **Fed. R. Civ. P.**
6  **41(a)(2).**

8  Dated this 5th day of July, 2017.

*[signature]*
J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
PLAINTIFF'S MOTION TO DISMISS - 2