UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PATRICIA STOGSDILL,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C17-5180 RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    It is ordered that this case is **dismissed without prejudice.**

(3)    **JUDGMENT** is for defendant and the case is closed.

Dated this 7th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE